MAYO S. SISLER v. GANNETT COMPANY, INC.

March 21, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 153)

ALLIED REALTY, LTD. v. BOROUGH OF UPPER SADDLE RIVER.

March 21, 1988.

Petition for certification denied.   (See 221 *N.J.Super.* 407)

ESTHER LEVIN v. MONMOUTH MEDICAL CENTER.

March 21, 1988.

Petition for certification denied.

SUSAN HALL LEAVITT v. ALAN J. LEAVITT.

March 21, 1988.

Petition for certification denied.